IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
v. )
) Criminal No. 09-111
BARBARA RUFFNER, )
    Defendant. )

ORDER

AND NOW, this 29th day of July, 2011, upon consideration of the parties' oral stipulation presented to the Court at the sentencing hearing for the above named defendant, IT IS HEREBY ORDERED that the United States Postal Service shall deposit with the Clerk of Court for the United States District Court for the Western District of Pennsylvania funds in the amount of $7,844.54. The Clerk shall deposit said funds with the Court Deposit Fund. From the $7,844.54 deposited with the Court Deposit Fund, which shall be applied to defendant's outstanding amount of restitution, $4,269.72 shall be applied to the amount of restitution due and owing Keith Johns and $3,574.82 shall be applied to the amount of restitution due and owing the United States Postal Service.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:    All Counsel of Record
       U.S. Probation
       Clerk of Court - Finance Section