IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 09-111 |
| BARBARA RUFFNER, | ) |
| Defendant. | ) |

AMENDED ORDER

AND NOW, this 5th day of Aug, 2011, upon consideration of the parties' oral stipulation presented to the Court at the sentencing hearing for the above named defendant, IT IS HEREBY ORDERED that the United States Postal Service shall deposit with the Clerk of Court for the United States District Court for the Western District of Pennsylvania funds in the amount of $7,844.54, which represents the last payment withheld from Highway Contract number 15938 formerly operated by Barbara Ruffner Trucking. The Clerk shall deposit said funds with the Court Registry. From the $7,8544.54 deposited with the Court Registry, which shall be applied to defendant's outstanding amount of restitution, $4,269.72 shall be applied to the amount of restitution due and owing Keith Johns and $3,574.82 shall be applied to the amount of restitution due and owing the United States Postal Service.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    U.S. Probation
    Clerk of Court - Finance Section